```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

**RALPH RUSSELL MARTIN,**          :

    **Plaintiff,**                 :

**vs.**                             :   CIVIL ACTION 05-0069-WS-B

**DALLAS COUNTY PROBATE COURT,**   :
**et al.,**
                                    :

    **Defendants.**


<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

DONE this 16th day of August, 2005.

                                        <u>s/WILLIAM H. STEELE</u>
                                        UNITED STATES DISTRICT JUDGE