IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RALPH RUSSELL MARTIN,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-0069-WS-B |
| **DALLAS COUNTY PROBATE COURT, et al.,** | : |
| | : |
| Defendants. | |

### JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

DONE this 16th day of August, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE